# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2023-0923**
Jeremy S. Mitchem v. State of Alabama (Appeal from Elmore Circuit Court: CV-23-33)

## NOTICE

You are hereby notified that on August 30, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk